IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KUANG-BAO P. OU-YOUNG,                    No. C 14-80018 RS

    Plaintiff,

  v.                                                          **ORDER DISMISSING ACTION**

JOHN G. ROBERTS, et al.,

    Defendants.

_____/

By order issued in Case No. 13-04442 EMC, on December 20, 2013, Judge Edward M. Chen of this district required pre-filing review of all papers submitted by plaintiff involving any claims that were the subject of or related to the claims in that action. Plaintiff is thus required to obtain leave of court before filing a new complaint.

Plaintiff lodged a new complaint on January 24, 2014. The complaint advances many claims that were the subject of the prior action. Although plaintiff names two new defendants, including Judge Chen and an Assistant U.S. Attorney not named in the prior action, the allegations are substantially similar to those dismissed in Case No. 13-04442. Based on the court's pre-filing review, plaintiff fails to state a potentially cognizable claim in a "short, intelligible and plain statement." *See Ou-Young v. Roberts*, C-13-4442 EMC, 2013 WL 6732118, *11 (N.D. Cal. Dec. 20, 2013). Accordingly, plaintiff will not be permitted to file this new action.

IT IS SO ORDERED.

Dated: 02/07/2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Kuang-Bao Ou-Young
1362 Wright Avenue
Sunnyvale, CA 94087

DATED: 02/07/2014

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2